# United States Court of Appeals for the Federal Circuit

---

**IMPACT ENGINE, INC.,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2022-2291

---

Appeal from the United States District Court for the Southern District of California in No. 3:19-cv-01301-CAB-DEB, Judge Cathy Ann Bencivengo.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 3, 2024
Date

Jarrett B. Perlow
Clerk of Court